```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                   BEAUMONT DIVISION

KYLE VAN BUSH                   §
VS.                             §   CIVIL ACTION NO. 1:05cv211
MELDIA BURNHAM, ET AL.          §
```

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE's REPORT AND RECOMMENDATION

Plaintiff Kyle Van Bush, an inmate at the Larry Gist State Jail, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983 against Joseph Corlis.

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed as frivolous and for failure to state a claim upon which relief may be granted. The magistrate judge also recommends the dismissal be without prejudice to plaintiff's ability to assert his claims in a petition for writ of habeas corpus.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **2** day of **February, 2006.**

_____
Ron Clark, United States District Judge